THOMAS F. MAGNER et al., Appellants and Respondents, *v.* MARION S. HONEYMAN, Respondent and Appellant.

(Argued June 10, 1929; decided July 11, 1929.)

*Charles H. Kelby* and *Thomas F. Magner* for plaintiffs, appellants and respondents.

*Abel E. Blackmar* and *Robert B. Honeyman* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.